IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN FRANKLIN WILLIAMS,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>            Defendant. | Case No. 6:14 CV 01419-CL<br><br>O R D E R |

Magistrate Judge Clarke filed his Findings and Recommendation on August 26, 2015. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and Recommendation.

Dated this 22nd day of September, 2015.

                                    _____
                                    Ann Aiken, United States District Judge

Order -- Page 1