UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN FRANKLIN WILLIAMS,

                      Plaintiff,

      v.                                      Civil No.6:14-cv-01419-CL

CAROLYN W. COLVIN, Commissioner
of Social Security,

                      Defendant.

# JUDGMENT

Pursuant to the ORDER signed on September 22, 2015, this action is reversed and remanded to the Commissioner of Social Security for further proceedings consistent with that ORDER and the underlying adopted Report and Recommendation.

Dated this 14 October 2015.
~~22nd day of September 2015.~~

                                        _/s/ Ann Aiken_
                                        Ann Aiken
                                   United States District Judge